```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/26/2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

PATRIARCH PARTNERS AGENCY SERVICES, LLC,

                Plaintiff,

    -against-

ZOHAR CDO 2003-1, LTD. et al.,

                Defendants.

-----------------------------------------------------------------X

**ORDER SCHEDULING CONFERENCE**

16-CV-04488 (VM) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

    A discovery conference is scheduled in this matter for **Wednesday, October 4, 2017 at 3:30 p.m.** in Courtroom 17D, United States Courthouse, 500 Pearl Street, New York, New York.

    By no later than **September 29, 2017 at 5:00 p.m.**, the parties are directed to file letters setting forth the issues to be addressed at the conference and their positions regarding the same with citations to legal authority, if applicable. Each party's letter should be no more than five pages, exclusive of exhibits.

    SO ORDERED.

Dated: September 26, 2017
       New York, New York

*Katharine H. Parker*

_____
KATHARINE H. PARKER
United States Magistrate Judge