February 23, 2018

**VIA ECF**

Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1950
New York, NY 10007

Re:     *Patriarch Partners Agency Servs., LLC v. Zohar CDO 2003-1, Ltd. et al.*, No. 16 Civ.
         4488 (VM)(KHP)

Dear Judge Parker:

        Pursuant to Your Honor's instructions at the February 13, 2018 conference, we write on
behalf of the parties to provide an update regarding the status of negotiations as to scheduling
and PPAS's discovery requests.

        The parties are continuing to confer regarding a deadline for document discovery and will
provide the Court with an update next week.   The parties also are conferring regarding search
terms for PPAS's recent discovery requests.


Respectfully submitted,

  GIBSON DUNN & CRUTCHER LLP                    QUINN EMANUEL URQUHART &
                                                SULLIVAN LLP


  By:   /s/ Lawrence J. Zweifach_____         By:  /s/ Jonathan E. Pickhardt_____


       Lawrence J. Zweifach                          Jonathan E. Pickhardt
       Laura K. O'Boyle                              Ellison Ward Merkel
       200 Park Avenue                               51 Madison Avenue, 22nd Floor
       New York, New York 10010                      New York, New York, 10010
       Tel.: 212-351-4000                            Tel.: 212-849-7000


  *Attorneys for Patriarch Partners Agency Services,*    *Attorneys for Zohar CDO 2003-I, Ltd., Zohar*
  *LLC*                                                  *CDO 2003-1, LLC, Zohar II 2005-1, Ltd.,*
                                                         *Zohar II 2005-1, LLC, Zohar III, Ltd., Zohar*
                                                         *III, LLC and Alvarez & Marsal Zohar*
                                                         *Management, LLC*