March 2, 2018

**VIA ECF**

Honorable Katharine H. Parker
United States Magistrate Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1950
New York, NY 10007

Re: *Patriarch Partners Agency Servs., LLC v. Zohar CDO 2003-1, Ltd. et al.*, No. 16 Civ. 4488 (VM)(KHP)

Dear Judge Parker:

Pursuant to Your Honor's instructions at the February 13, 2018 conference, and further to the parties' joint letter to Your Honor dated February 23, 2018, we write on behalf of the parties to inform the Court that the parties have agreed to a deadline for the production of documents of April 2, 2018. The parties are continuing to negotiate the remainder of the discovery deadlines, and intend to propose to the Court a revised Case Management Plan and Scheduling Order once they have reached agreement.

Respectfully submitted,

| GIBSON DUNN & CRUTCHER LLP | QUINN EMANUEL URQUHART & SULLIVAN LLP |
|---|---|
| By: /s/ Laura K. O'Boyle | By: /s/ Jonathan E. Pickhardt |
| Lawrence J. Zweifach<br>Laura K. O'Boyle<br>200 Park Avenue<br>New York, New York 10010<br>Tel.: 212-849-7000 | Jonathan E. Pickhardt<br>Ellison Ward Merkel<br>51 Madison Avenue, 22nd Floor<br>New York, New York, 10010<br>Tel.: 212-849-7000 |
| *Attorneys for Patriarch Partners Agency Services, LLC* | *Attorneys for Zohar CDO 2003-I, Ltd., Zohar CDO 2003-1, LLC, Zohar II 2005-1, Ltd., Zohar II 2005-1, LLC, Zohar III, Ltd., Zohar III, LLC and Alvarez & Marsal Zohar Management, LLC* |