UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

PATRIARCH PARTNERS AGENCY SERVICES, LLC,

                         Plaintiff,

          -against-

ZOHAR CDO 2003-1, LTD. et al.,

                        Defendants.

-----------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 2/2/2021

**ORDER**

**16-CV-04488 (VM) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On March 12, 2018, Defendants informed the Court that Defendants Zohar III, LLC; Zohar II 2005-1, LLC; Zohar CDO 2003-1, LLC; Zohar III, Ltd.; Zohar II 2005-1, Ltd.; and Zohar CDO 2003-1, Ltd. initiated Chapter 11 bankruptcy proceedings.  (ECF No. 202.)  Pursuant to the Bankruptcy Code, the initiation of the bankruptcy proceedings resulted in an automatic stay of the litigation in this Court.  11 U.S.C. §362(a).  However, the docket does not indicate this case is currently stayed.  As such, **the Clerk of Court is directed to enter a stay of this case on the electronic docket**.

Furthermore, the parties are hereby ordered to provide the Court with a joint status letter by **Tuesday, February 9, 2021** as to the status of the bankruptcy proceedings.

       **SO ORDERED.**

Dated: February 2, 2021
      New York, New York

_____
  KATHARINE H. PARKER
  United States Magistrate Judge