UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x
PATRIARCH PARTNERS AGENCY SERVICES, LLC,

                Plaintiff,

  v.

ZOHAR CDO 2003-1, LTD., *et al.*,

                Defendants.
------------------------------------------------x

16-cv-04488-VM-KHP

## NOTICE OF WITHDRAWAL AS COUNSEL

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Lawrence J. Zweifach, Patriarch Partners Agency Services, LLC, Patriarch Partners VIII, LLC, Patriarch Partners XIV, LLC, Patriarch Partners XV, LLC, and Patriarch Partners, LLC, ("Patriarch") will move this Court for an Order allowing Mr. Zweifach to withdraw as counsel for Patriarch. In support of such notice and in conformance with Local Rule 1.4 of the United States District Courts for the Southern and Eastern District of New York, undersigned counsel states that in the first half of 2022, he will be retiring from the law firm of Gibson, Dunn & Crutcher LLP, which will continue to represent Patriarch in this matter.

Dated: January 6, 2022

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: *s/ Lawrence J. Zweifach*
     Lawrence J. Zweifach

200 Park Avenue
New York, NY 10166-0193
Telephone: 212.351.4000
Facsimile: 212.351.4035
lzweifach@gibsondunn.com

*Attorneys for Patriarch Partners Agency Services, LLC, Patriarch Partners VIII, LLC, Patriarch Partners XIV, LLC, Patriarch Partners XV, LLC, and Patriarch Partners, LLC*

2