UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PATRIARCH PARTNERS AGENCY SERVICES, LLC,

                                     Plaintiff,

                 -against-                                   **ORDER**

ZOHAR CDO 2003-1, LTD. et al.,                  **16-CV-04488 (VM) (KHP)**

                                   Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

      As discussed at the November 14, 2022 Case Management Conference, the Litigation Trustee's brief in support of its Motion to Transfer Venue is due on **Tuesday, November 29, 2022**; Patriarch Partners Agency Services, LLC's opposition brief is due on **Tuesday, December 20, 2022**, and the Litigation Trustee's reply brief is due on **Wednesday, January 4, 2023**.  An oral argument on the motion is scheduled for **Thursday, January 26, 2023 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, NY.  Counsel should also be prepared to discuss anticipated discovery in greater detail at that time, including the extent of the overlap of discovery with the action pending in Delaware, and what additional documents and depositions are needed.

      The deadline for the completion of fact discovery is extended to **Friday, June 30, 2023**. The deadline for the completion of expert discovery is extended to **Friday, September 29, 2023**.

      SO ORDERED.

Dated: November 14, 2022
      New York, New York

                                                              _Katharine H. Parker_
                                                              KATHARINE H. PARKER
                                                              United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/14/2022