USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/24/2023

**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000

January 23, 2023

**MEMO ENDORSED**

Hon. Katharine H. Parker
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 1007-1312

Re: *Patriarch Partners Agency Services, LLC v. Zohar CDO 2003-1 Ltd., et al*, 16-CV-04488 (VM) (KHP)

Dear Judge Parker:

I write in regard to the above-referenced case, which is scheduled for argument on the motion to transfer venue (Dkt. No. 249) filed by the Litigation Trustee for Zohar Litigation Trust-A (the "Litigation Trustee") on Thursday, January 26, at 10 a.m.

I have been preparing to argue the Litigation Trustee's transfer motion on behalf of the Litigation Trustee but was called in for jury duty in New York State court this morning. While I requested to postpone or be excused in light of Thursday's argument (having already utilized my one free option to postpone), I was informed that I qualified for neither postponement nor excusal based on scheduled court appearances and should instead seek to reschedule those appearances. I am presently scheduled to return to state court on Wednesday morning to begin voir dire, and may or may not be empaneled on a jury at that time.

I contacted counsel for PPAS, who indicated a preference to seek an adjournment of Thursday's argument, rather than waiting until Wednesday to see whether or not I will have a conflict. Assuming that is in accord with the Court's preferences, we respectfully request an adjournment of Thursday's argument and conference until the week of February 7, or as soon thereafter as is convenient for the Court's schedule.

There have not been any prior requests to adjourn this appearance.

Respectfully submitted,

*/s/ Ellison Ward Merkel/*

Ellison Ward Merkel

cc: Counsel of Record (*via ECF*)

quinn emanuel urquhart & sullivan, llp

ATLANTA | AUSTIN | BERLIN | BOSTON | BRUSSELS | CHICAGO | DOHA | HAMBURG | HONG KONG | HOUSTON | LONDON | LOS ANGELES | MANNHEIM | MIAMI | MUNICH | NEUILLY-LA DEFENSE | NEW YORK | PARIS | PERTH | RIYADH | SALT LAKE CITY | SAN FRANCISCO | SEATTLE | SHANGHAI | SILICON VALLEY | STUTTGART | SYDNEY | TOKYO | WASHINGTON, DC | ZURICH

**APPLICATION GRANTED:** The Oral Argument scheduled for Thursday, January 26, 2023 at 10:00 a.m. in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to <u>Tuesday, February 7, 2023 at 4:00</u> p.m.

APPLICATION GRANTED

*[signature]*

Hon. Katharine H. Parker, U.S.M.J.

01/24/2023