```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/06/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PATRIARCH PARTNERS AGENCY SERVICES, LLC,

                            Plaintiff,                        **16-CV-04488 (VM) (KHP)**

      -against-

ZOHAR CDO 2003-1, LTD. et al.,                            **ORAL ARGUMENT**
                                                                            **CONVERSION ORDER**

                            Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

      The Oral Argument in this matter scheduled for **Tuesday, February 7, 2023, at 4:00 p.m.** is hereby converted to a telephonic conference.  Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time.  **Please dial (866) 434-5269; access code 4858267.**

      SO ORDERED.

Dated: February 6, 2023
       New York, New York

                                                           _____
                                                           KATHARINE H. PARKER
                                                          United States Magistrate Judge