UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

PATRIARCH PARTNERS AGENCY SERVICES, LLC,

                  Plaintiff,

        -against-                                          **ORDER**

ZOHAR CDO 2003-1, LTD. et al.,                    **16-CV-04488 (VM) (KHP)**

                  Defendants.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      As discussed at the May 17, 2023 Case Management Conference:

      Plaintiff shall attempt to resolve the document discovery dispute with AMZM, and if the issue cannot be resolved by May 24, 2023, Plaintiff and AMZM shall file a letter on ECF outlining the remaining dispute.  Because AMZM is not a party to this action, counsel for Defendants (who also represent AMZM) shall ensure AMZM is aware of this order.

      Additionally, the Court assumes that Defendants will not be moving to amend their counterclaims in this action but will rather seek to amend the claims in the Delaware action.  In the event Defendants instead seek to amend their counterclaims in this action, they shall file a letter by **May 24, 2023** that proposes a briefing schedule for the motion.  The proposed briefing schedule must be discussed with and agreed to by Plaintiff in advance.

      SO ORDERED.

Dated: May 17, 2023
       New York, New York

                                                  KATHARINE H. PARKER
                                                  United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/17/2023