UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PATRIARCH PARTNERS AGENCY SERVICES, LLC,

                               Plaintiff,

                  -against-                                 **ORDER**

ZOHAR CDO 2003-1, LTD. et al.,                **16-CV-04488 (VM) (KHP)**

                             Defendants.

-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      On November 11, 2023, the parties filed a proposed stipulation and order seeking extensions of the expert discovery deadlines. The deadline for expert discovery is extended to **Friday, February 16, 2024**. The deadline for opening expert reports is extended *nunc pro tunc* to **Friday, December 15, 2023**; and the deadline for rebuttal expert reports is extended *nunc pro tunc* to **Thursday, February 1, 2024**. Expert depositions shall be completed by **February 16, 2024**. The parties shall comply with Judge Marrero's Individual Rules regarding summary judgment briefing.

      No further extensions of the discovery deadlines will be granted absent a showing of good cause. Any future request for an extension of the discovery deadlines shall be made by letter motion that lays out the good cause for the request.

      A Case Management Conference is scheduled on **Wednesday, January 31, 2024 at 11:30 a.m.** in Courtroom 17-D, U.S. Courthouse, 500 Pearl Street, New York NY.

      SO ORDERED.

Dated: November 21, 2023
      New York, New York

                                                          KATHARINE H. PARKER
                                                        United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/21/2023