UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRIARCH PARTNERS AGENCY SERVICES, LLC,<br><br>        Plaintiff- Counterclaim-Defendant<br><br>v.<br><br>ZOHAR CDO 2003-1, LTD.,<br>ZOHAR II 2005-1, LTD., and<br>ZOHAR III, LTD,<br><br>        Defendants-Counterclaim-Plaintiffs.<br><br>v.<br><br>ZOHAR CDO 2003-1, LLC,<br>ZOHAR II 2005-1, LLC, and<br>ZOHAR III, LLC,<br><br>        Defendants. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 5/13/2024<br><br>Case No. 16 Civ. 4488 (VM) (KHP) |

### ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW APPEARANCE AS COUNSEL

Brian R. Campbell's motion pursuant to Local Rule 1.4 for leave to withdraw his appearance as one of the attorneys for David Dunn as Trustee for Zohar Litigation Trust-A is GRANTED.

SO ORDERED THIS 13th day of May, 2024 by:

_____
Honorable Katherine H. Parker
United States Magistrate Judge