

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__2/18/26__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

PATRIARCH PARTNERS AGENCY SERVICES, LLC,

                         Plaintiff,

          - against -

ZOHAR CDO 2003-1, LTD., et al.,

                         Defendants.

---

**16-CV-4488 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court is in receipt of the parties' pretrial submissions. To date, the Court has received proposed findings of fact and conclusions of law only from Defendants. (See Dkt. No. 371.) In accordance with this Court's Individual Practices, Plaintiff is hereby ordered to submit its proposed findings of fact and conclusions of law within five (5) days of the date of this Order.

**SO ORDERED.**

Dated:    18 February 2026
          New York, New York

                         _____
                              Victor Marrero
                                U.S.D.J.