**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/24/2026

PATRIARCH PARTNERS AGENCY SERVICES, LLC,

                           Plaintiff,

          - against -

ZOHAR CDO 2003-1, LTD., et al.,

                           Defendant.

**16-CV-4488 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court hereby grants an extension of the parties' stipulated deadline to file oppositions to motions *in limine* to February 24, 2026 and the deadline to file any replies in further support of such motions *in limine* to February 27, 2026.

**SO ORDERED.**

Dated:    24 February 2026
          New York, New York

Victor Marrero
U.S.D.J.