**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/3/2026

PATRIARCH PARTNERS AGENCY SERVICES, LLC,

                                    Plaintiff,

              - against -

ZOHAR CDO 2003-1, LTD., et al.,

                                    Defendant.

**16-CV-4488 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court hereby reschedules the Final Pretrial Conference from Friday, March 6, 2026, at 10 am to Friday, March 6, 2026, at 11 am.

**SO ORDERED.**

Dated:    3 March 2026
          New York, New York

                              _____
                              Victor Marrero
                              U.S.D.J.