**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/20/2026
```

PATRIARCH PARTNERS AGENCY SERVICES, LLC,

                              Plaintiff,

        - against -

ZOHAR CDO 2003-1, LTD., ET AL.,

                              Defendants.

**16-CV-4488 (VM)**

**DECISION AND ORDER**

**VICTOR MARRERO, United States District Judge.**

As the Court stated during the bench trial in this matter on March 20, 2026, the Court has reviewed Defendant's motion for partial findings pursuant to Federal Rule of Civil Procedure 52(c). In this connection, the Court concluded that the standard governing Rule 52(c), in the light of the parties' factual disputes on the breach of contract claim and the evidence presented at the trial of the action, had not been met. Based on these considerations the Court was not persuaded that granting a directed verdict under Rule 52(c) would be appropriate at this time. Accordingly, the Court **DENIED,** the Defendant's motion from the bench.

2

**SO ORDERED.**

Dated:    20 March 2026
          New York, New York

Victor Marrero
U.S.D.J.

2