USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/23/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

PATRIARCH PARTNERS AGENCY SERVICES, LLC,
Plaintiff,

-against-

ZOHAR CDO 2003-1, LTD. et al.,

Defendants.

---------------------------------------------------------------X

**SCHEDULING ORDER**

**16-CV-04488 (VM) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The Court is in receipt of Defendant's motion filed on July 22, 2026. Any opposition to Defendant's motion shall be filed by **August 21, 2026**. Any reply shall be filed by **September 4, 2026**.

SO ORDERED.

Dated: July 23, 2026
New York, New York

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge