USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/25/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

PATRIARCH PARTNERS AGENCY SERVICES, LLC,

*Plaintiff,*

-against-

ZOHAR CDO 2003-1 LTD., et al.,

*Defendants.*

Case No. 16-cv-4488 (VM)

**JUDGMENT**

This matter having come before the Court, and the Court having issued its Decision and Order dated July 15, 2026 (Dkt No. 420) (the "Order"), directing entry of judgment on the claims and counterclaims tried before it; now, therefore, for the reasons set forth in the Order, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. Judgment is **ENTERED** against PPAS and in favor of the Trust on PPAS's Count II claim for breach of contract.

2. Judgment is **ENTERED** in favor of Defendant Zohar Litigation Trust-A (the "Trust") and against Plaintiff Patriarch Partners Agency Services, LLC ("PPAS") on the Trust's Counterclaim III for breach of contract regarding the default instructions in the amount of $2,382,169.09, plus prejudgment interest at the rate of 9% per annum computed on $848,282.44 from October 9, 2017 and on $1,533,886.65 from November 17, 2017, in each case to the date of this Judgment, for a total judgment amount of $4,289,926.92; and postjudgment interest shall accrue thereon at the rate prescribed by 28 U.S.C. § 1961.

3. Judgment is **ENTERED** against the Trust and in favor of PPAS on the Trust's Counterclaim V for breach of contract regarding the remission of certain funds.

DATED: September 25, 2026
New York, New York

Hon. Victor Marrero
United States District Judge